# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| | ) | **ORDER OF DETENTION** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Brittany Louise McLean, | ) | Case No. 1:19-cr-045 |
| | ) | |
| Defendant. | ) | |

On November 4, 2020, the court convened a hearing on a petition for revocation of defendant's pretrial release conditions. AUSA Dawn Deitz appeared on behalf of the United States. Attorney Chad McCabe appeared on defendant's behalf.

At the outset of the proceedings defendant advised the court that she was not contested the allegations contained in the petition. For the reasons articulated on the record, the court finds that defendant would benefit from a period of forced sobriety. Accordingly, defendant's pre-trial release is revoked. Defendant is committed to the custody of the Attorney General or designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States marshal for the purpose of an appearance in connection with court proceedings.

The court shall convene a hearing on December 5, 2019, at 10:00 a.m. at the U.S. Courthouse in Bismarck (courtroom #2) to review defendant's custodial status.

1

**IT IS SO ORDERED.**

Dated this 4th day of November, 2019.

                                                          */s/ Clare R. Hochhalter*
                                                          Clare R. Hochhalter, Magistrate Judge
                                                          United States District Court